Cite as 2021 Ark. 67

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE RESPONSE TO THE COVID-19 PANDEMIC-RESUMPTION OF DEADLINES FOR SERVICE OF PROCESS | **Opinion Delivered:** March 18, 2021 |

## PER CURIAM

On April 28, 2020, in response to the COVID-19 pandemic, we suspended until further notice the deadlines for service of process under Rule 4(i) of the Arkansas Rules of Civil Procedure and Rule 3 of the Arkansas District Court Rules. *See In re Response to the COVID-19 Pandemic-Amendments to Court Rules*, 2020 Ark. 164 (per curiam). Because we are encouraged by the state's recent downward trend in COVID-19 infections and by the increase in vaccinations, we announce the resumption of the deadlines for service of process under Rule 4(i) and Rule 3––effective immediately. As a transitional measure, we order that service of process for pending cases shall be made on a defendant by May 31, 2021, within the time remaining under Rule 4(i) (in circuit courts) or Rule 3 (in district courts), or within the time remaining under any order extending time for service, whichever is later.

It is so ORDERED.